Kathryn (Boyle) RODMAN,
Petitioner/Appellant,

v.

Larry D. BOYLE,
Respondent/Respondent.

No. 65565.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 14, 1995.

John E. Counts, Fenton, for appellant.

David P. Senkel, Thurman, Howald, Weber, Bowles & Senkel, Hillsboro, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Mother appeals the judgment of the motion court finding her daughter was emancipated. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for

this order affirming the judgment pursuant to Rule 84.16(b).